No. 867. HOLLMAN v. ARKANSAS. Supreme Court of Arkansas. Certiorari denied. *Jack Holt, Sr.* for petitioner. *Bruce Bennett,* Attorney General of Arkansas, and *Jack L. Lessenberry,* Assistant Attorney General, for respondent.

No. 941. WHEELER v. LOUISIANA STATE BAR ASSOCIATION. Supreme Court of Louisiana. Certiorari denied. *Russell Morton Brown* and *Maurice C. Goodpasture* for petitioner. *John Pat. Little* and *A. Leon Hebert* for respondent.

No. 987. BOARD OF TRUSTEES OF SCHOOL DISTRICT No. 1 OF CLARENDON COUNTY, SOUTH CAROLINA, ET AL. v. BRUNSON ET AL. C. A. 4th Cir. Certiorari denied. *David W. Robinson* for petitioners.

No. 1000. SHAFER ET UX. v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Charles P. Taft* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Meyer Rothwacks* for the United States.

No. 931. MARCELLO v. KENNEDY, ATTORNEY GENERAL, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition. *Jack Wasserman* and *David Carliner* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, L. Paul Winings* and *Charles Gordon* for respondents.